United States District Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEALTHEON, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-23-1992 |
| | § | |
| CLEAN AIR SOLUTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Defendant is **ORDERED** to arbitrate all claims, disputes, and defenses asserted in the pending AAA arbitration (AAA Case No. 01-22-0005-2884) and any other claim or disputes arising out of or relating to the Subcontract.

Defendant and Cross-Claimant Clean-Air Solutions, Inc.'s Crossclaim for Declaratory Relief and Judgment Under 28 U.S.C.A. § 2201 is **DISMISSED WITH PREJUDICE.**

Plaintiff is awarded attorney's fees in the amount of $42,832.25, and costs of $402.00 will be taxed against the Defendant.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 25th day of September, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE